## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

Courtroom Deputy: Nick Richards          Date: March 21, 2014
Court Reporter: Tammy Hoffschildt

**CASE NO. 12-cv-03324-RM-KLM**

| Parties | Counsel |
| --- | --- |
| SCOTT PATTERSON, | Nicholas William Temming |
|  | Molly L. Greenblatt Welch |
| Plaintiff, |  |
| v. |  |
| SOLEDAD HURST, | Thomas Neville Alfrey |
|  | Kathleen Jo Johnson |
| Defendant. |  |

## COURTROOM MINUTES

**TRIAL PREPARATION CONFERENCE**
**COURT IN SESSION**: **3:28 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding the posture of the case.

Plaintiff's counsel informs the Court that they believe trial can be completed in four days and that Dr. Stephen Ames has been withdrawn from their witness list.

5-day jury trial is currently set to begin on April 7, 2014 at 8:30 a.m. in Courtroom A-601.

Discussion regarding jury selection.

**ORDERED:**  Each side shall be permitted 20 minutes for opening statements.

**ORDERED:**  Counsel shall submit exhibits to chambers on or before 12:00 p.m. on Wednesday, April 2, 2014.

Discussion regarding jury instructions.

Discussion regarding voir dire.

Discussion regarding outstanding motions.

**ORDERED:** Plaintiff's Motion *In Limine* to Preclude Evidence or Questions Regarding Plaintiff Bringing a Lawsuit to Win the Lottery or Otherwise Roll the Dice on Litigation [Doc. No. 51, filed March 14, 2014], Plaintiff's Motion *In Limine* to Preclude Direct or Indirect Evidence of Payments by Collateral Sources [Doc. No. 52, filed March 14, 2014], Plaintiff's Motion *In Limine* to Preclude Evidence of Mr. Patterson's DIN (*Deutsches Institut Für* Normung- German Institute for Standardization) Binding Settings or DIN Settings Whatsoever [Doc. No. 54, filed March 14, 2014], Plaintiff's Motion *In Limine* to Preclude Evidence of Plaintiff's Involvement in Any Other Lawsuits [Doc. No. 56, filed March 14, 2014] and Plaintiff's Motion *In Limine* to Preclude Expert Opinions From Mr. Gonzales, Mr. Klebes, and Mr. Wolfe [Doc. No. 57, filed March 14, 2014] are **DENIED** as moot and are duplicative to Amended Plaintiff's Motion *In Limine* to Preclude Evidence or Questions Regarding Plaintiff Bringing a Lawsuit to Win the Lottery or Otherwise Roll the Dice on Litigation [Doc. No. 60, filed March 17, 2014], Plaintiff's Motion *In Limine* to Preclude Direct or Indirect Evidence of Payments by Collateral Sources [Doc. No. 61, filed March 17, 2014], Plaintiff's Motion *In Limine* to Preclude Evidence of Mr. Patterson's DIN (*Deutsches Institut Für* Normung- German Institute for Standardization) Binding Settings or DIN Settings Whatsoever [Doc. No. 62, filed March 17, 2014], Plaintiff's Motion *In Limine* to Preclude Evidence of Plaintiff's Involvement in Any Other Lawsuits [Doc. No. 63, filed March 17, 2014], and Plaintiff's Motion *In Limine* to Preclude Expert Opinions From Mr. Gonzales, Mr. Klebes, and Mr. Wolfe [Doc. No. 64, filed March 17, 2014].

- **ORDERED:** Should the parties wish to file trial briefs, they shall file them on or before March 31, 2014.

- **ORDERED:** Amended Plaintiff's Motion *In Limine* to Preclude Evidence or Questions Regarding Plaintiff Bringing a Lawsuit to Win the Lottery or Otherwise Roll the Dice on Litigation [60] is **DENIED WITHOUT PREJUDICE**.

- **ORDERED:** Plaintiff's Motion *In Limine* to Preclude Direct or Indirect Evidence of Payments by Collateral Sources [61] is **GRANTED** as stated on the record.

- **ORDERED:** Plaintiff's Motion *In Limine* to Preclude Evidence of Mr. Patterson's DIN (*Deutsches Institut Für* Normung- German Institute for Standardization) Binding Settings or DIN Settings Whatsoever [62] is **DENIED WITHOUT PREJUDICE**.

- **ORDERED:** Plaintiff's Motion *In Limine* to Preclude Evidence of Plaintiff's Involvement in Any Other Lawsuits [63] is **GRANTED** as stated on the record.

**ORDERED:**   Plaintiff's Motion *In Limine* to Preclude Expert Opinions From Mr. Gonzales, Mr. Klebes, and Mr. Wolfe [64] is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   Defendant's Motion in Limine to Preclude the Opinion Testimony of Priya Satiani [Doc. No. 42, filed March 12, 2014] is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   Defendant's Motion in Limine to Preclude Certain Evidence or Testimony Regarding Plaintiff's Termination From "The Event" [Doc. No. 43, filed March 12, 2014] is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   Defendant's Motion in Limine to Preclude the Testimony of Helen Woodard [Doc. No. 44, filed March 12, 2014] is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   As to Defendant's Motion in Limine to Preclude Introduction of Evidence Concerning Alleged Permanency of Injury, Future Medical Treatment, and Future Medical Expenses [Doc. No. 45, filed March 12, 2014], the parties are encouraged to brief the matter further in trial briefs.

**ORDERED:**   Defendant's Motion in Limine to Preclude the Introduction of Late-Disclosed Documents and Damages [Doc. No. 46, filed March 12, 2014] and Defendant's Motion in Limine to Preclude the Testimony of Mark McNulty [Doc. No. 47, filed March 12, 2014] are **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   Defendant's Motion in Limine to Preclude Evidence of Defendant's Financial Status or Lifestyle [Doc. No. 48, filed March 12, 2014] is **DENIED WITHOUT PREJUDICE**.

**ORDERED:**   Defendant's Motion to Strike Dr. Ames as an Expert Witness [Doc. No. 49, filed March 12, 2014] is **WITHDRAWN**.

**ORDERED:**   Motion for Extension of Time to Designate Deposition Testimony of Richard J. Steadman, M.D. [Doc. No. 67, filed March 21, 2014] is **GRANTED** as stated on the record. Plaintiff's counsel shall filed their designation of Dr. Steadman on or before March 31, 2014.

**COURT IN RECESS**: **4:50 p.m.**
**Total in court time**: **01:22**
**Hearing concluded**