**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 12-cv-03324-RM-KLM

SCOTT PATTERSON,

    Plaintiff,

v.

SOLEDAD HURST,

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

    THE COURT having reviewed the Notice of Settlement and Stipulation for Dismissal With Prejudice (ECF No. 79) by and between Plaintiff Scott Patterson and Defendant Soledad Hurst and being fully informed as to the issue Hereby Orders:

    Plaintiff Scott Patterson's claims and causes of action against Defendant Soledad Hurst are hereby dismissed with prejudice, each party to pay their own attorney's fees and costs.

    DATED this 9th day of April, 2014.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Court Judge